# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., § § *Plaintiff*, § § v. § § FORTINET, INC., § § *Defendant*. § | CIVIL ACTION NO.  2:23-CV-00206-JRG |

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule CV-72, the Court *sua sponte* **ORDERS** that this case is hereby referred to the United States Magistrate Judge Roy S. Payne for all pretrial purposes.

**So ORDERED and SIGNED this 20th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE