# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | Case No. 2:23-cv-00206-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:23-cv-00207-JRG <br> (Member Case) |

**JOINT MOTION TO DISMISS AS TO FORTINET, INC.**

WHEREAS Plaintiff Lionra Technologies Limited ("Lionra") and Defendant Fortinet, Inc. ("Fortinet") have resolved their dispute including all allegations in the case.

NOW, THEREFORE, Lionra and Fortinet, through their attorneys of record, request this Court to dismiss Lionra's claims for relief against Fortinet with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: February 13, 2025

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)

1

shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
Drew B. Hollander (NY SBN 5378096)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 951-0100
Facsimile: (646) 293-2201

*s/ Matthew Gaudet*
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934-8450
Facsimile: 903.934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com **DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215.919.1198
Facsimile: 215.754.4983


*Attorneys for Defendant Fortinet, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Brett Cooper*
Brett Cooper

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff Lionra Technologies Limited met and conferred with counsel for Fortinet, Inc. on February 13, 2025. This motion is joint and is, therefore, unopposed.

*/s/ Brett Cooper*
Brett Cooper
