IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., § § § *Plaintiff*, § § v. § § FORTINET, INC., § § *Defendant*. § § § § | CASE NO. 2:23-CV-00206-JRG-RSP (LEAD CASE) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) filed by Plaintiff Lionra Technologies Ltd. and Defendant Fortinet, Inc.. **Dkt. No. 69**. In the Stipulation, the parties represent that the above-captioned lead case has been resolved and request dismissal of the above-captioned lead action WITH prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned lead case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned lead case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case, as other parties remain.

**So ORDERED and SIGNED this 21st day of February, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE