# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., *Plaintiff*, v. FORTINET, INC., *Defendant*. | § § § § § § § § § § § § CASE NO. 2:23-CV-00206-JRG-RSP (LEAD CASE) |

## ORDER

On July 10, 2023, case 2:23-cv-207 was consolidated as a member into the above-captioned lead case. Dkt. No. 12. In the -207 member case, Plaintiff Lionra originally asserted two patents against Defendant Cisco: U.S. Patent Nos. 9,264,441 and 7,623,518.

On January 11, 2024, Plaintiff Lionra and Defendant Cisco stipulated to dismissal of the '441 Patent. Dkt. No. 44. On July 1, 2024, Lionra and Cisco stipulated to non-infringement of the '518 Patent. Consequently, there were no longer any patents remaining asserted against Cisco. Having rendered the matter ripe for appellate review, the parties filed an appeal to the Federal Circuit on July 30, 2024. Dkt. No. 63.

Because there are no longer any claims pending before the Court,[1] the Court hereby **STAYS** this case pending resolution of the appeal.

**SIGNED this 1st day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] The claims against Fortinet, Inc. in the lead action were dismissed on February 24, 2025. Dkt. No. 69.