# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD. | § § § | |
| v. | § § | CASE NO. 2:23-cv-00206-JRG-RSP (Lead Case) |
| FORTINET, INC. | § | |
| LIONRA TECHNOLOGIES LTD. | § § § | |
| v. | § § | CASE NO. 2:23-cv-00207-JRG-RSP (Member Case) |
| CISCO SYSTEMS, INC. | § | |

## ORDER

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 15th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE