# United States Court of Appeals for the Federal Circuit

---

**LIONRA TECHNOLOGIES LTD.,**
*Plaintiff-Appellant*

v.

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee*

---

2024-2153

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00206-JRG, 2:23-cv-00207-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 21, 2026
Date

Jarrett B. Perlow
Clerk of Court